No. 838, Misc. VASSAR v. OKLAHOMA. Criminal Court of Appeals of Oklahoma. Certiorari denied.

No. 843, Misc. LEWIS v. FLORIDA. C. A. 5th Cir. Certiorari denied.

No. 845, Misc. CLEARY v. UNITED STATES. C. A. 2d Cir. Certiorari denied. *Norman S. Beier* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.

No. 850, Misc. CARPENTER v. UNITED STATES. C. A. 4th Cir. Certiorari denied. *James J. Laughlin* and *Albert J. Ahern, Jr.* for petitioner. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Eugene L. Grimm* for the United States.

No. 851, Misc. UNITED STATES EX REL. JONES v. NASH, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 852, Misc. MAHURIN v. NASH, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 855, Misc. WAGNER ET AL. v. UNITED STATES. C. A. 9th Cir. Certiorari denied. *Morris Lavine* for petitioners. *Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 859, Misc. VEGA-MURRILLO v. UNITED STATES. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg* for the United States.